No. 683, Misc. WILLIAMS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Elizabeth Miller,* Deputy Attorney General, for respondent.

No. 698, Misc. NICKERSON *v.* GOODMAN, WARDEN. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. Ralph De Vita* for respondent.

No. 735, Misc. MYERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Doar* and *Harold H. Greene* for the United States.

No. 794, Misc. BATES *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 765, Misc. GALGANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 779, Misc. POLLINO *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Joseph J. Rose,* Assistant Attorney General, for respondent.

No. 783, Misc. HAMILTON *v.* ELLIS, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *Riley Eugene Fletcher, B. H. Timmons, Jr.* and *Sam R. Wilson,* Assistant Attorneys General, for respondent.